**DYKEMA GOSSETT LLP**
JEFFEREY G. HURON (Cal. Bar No. 136585)
 *JHuron@dykema.com*
CORY L. WEBSTER (Cal. Bar No. 274404)
 *CWebster@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Plaintiffs
*California Capital Insurance Company,
Eagle West Insurance Company, Monterey
Insurance Company,* and *Nevada Capital
Insurance Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CAPITAL INSURANCE COMPANY, a California corporation, EAGLE WEST INSURANCE COMPANY, a California corporation, MONTEREY INSURANCE COMPANY, a California corporation, and NEVADA CAPITAL INSURANCE COMPANY, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MAIDEN REINSURANCE NORTH AMERICA, INC., a Missouri corporation, ENSTAR INSURANCE GROUP, a Bermuda entity, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:20-cv-01264-ODW-JPR<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:   September 26, 2022<br>Hearing Time:   1:30 p.m.<br>Hearing Location: Courtroom 5D<br><br>Discovery Cutoff:   October 31, 2022<br>Pretrial Conference: January 18, 2023<br>Trial Date:     February 7, 2023<br><br>[*Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; Statement of Uncontroverted Facts; Declaration of Thomas Scherff; Declaration of Norma Silva; Declaration of Cory L. Webster; Declaration of Karen Sindel; and Declaration of Martin Ighani*] |

| **Exhibit** | **Description** | **Declaration Reference** |
| --- | --- | --- |
| 1. | 2002 Multiple Line Excess of Loss Reinsurance Agreement | Webster |
| 2. | 2006 Multiple Line Excess of Loss Reinsurance Agreement | Webster |
| 3. | 2006 Addendum 1 to Multiple Line Excess of Loss Reinsurance Agreement | Webster |
| 4. | 2007 Addendum 2 to Multiple Line Excess of Loss Reinsurance Agreement | Webster |
| 5. | 2009 Addendum 3 to Multiple Line Excess of Loss Reinsurance Agreement | Webster |
| 6. | 2009 Assignment and Novation Agreement (Assigning Treaty from Motors Insurance to Maiden) | Webster |
| 7. | 2010 Addendum 4 to Multiple Line Excess of Loss Reinsurance Agreement | Webster |
| 8. | 2010 Addendum 5 to Multiple Line Excess of Loss Reinsurance Agreement | Webster |
| 9. | 2011 Addendum 6 to Multiple Line Excess of Loss Reinsurance Agreement | Webster |
| 10. | 2012 Addendum 7 to Multiple Line Excess of Loss Reinsurance Agreement | Webster |
| 11. | 2012 Multiple Line Excess of Loss Reinsurance Agreement | Webster |
| 12. | 2013 Addendum 1 to Multiple Line Excess of Loss Reinsurance Agreement | Webster |
| 13. | 2013 Addendum 2 to Multiple Line Excess of Loss Reinsurance Agreement | Webster |

APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

| Exhibit | Description | Declaration Reference |
|---|---|---|
| 14. | 2014 Addendum 3 to Multiple Line Excess of Loss Reinsurance Agreement | Webster |
| 15. | 2015 Addendum 4 to Multiple Line Excess of Loss Reinsurance Agreement | Webster |
| 16. | 2016 Multiple Line Excess of Loss Reinsurance Contract | Webster |
| 17. | Excerpts from the deposition of William Olsen | Webster |
| 18. | Excerpts from the deposition of Anthony D'Angelis | Webster |
| 19. | Excerpts from the deposition of Thomas Highet | Webster |
| 20. | Excerpts from the deposition of Edward Halligan | Webster |
| 21. | Excerpts from the deposition of Thomas Scherff | Webster |
| 22. | Excerpts from the deposition of Vanessa Toureau | Webster |
| 23. | Excerpts from Maiden's September 23, 2021 Responses to Special Interrogatories | Webster |
| 24. | Excerpts from Maiden's October 8, 2021 Supplemental Responses to Special Interrogatories | Webster |
| 25. | Maiden reinsurance audit report from March 25, 2008 audit | Webster |
| 26. | Maiden reinsurance audit report from July 20, 2010 audit | Webster |
| 27. | May 14, 2014 email chain between William Olsen and Peter Cazzolla | Webster |
| 28. | Email chain with a May 9, 2014 email from William Olsen to Donna Emmerling | Webster |
| 29. | May 16, 2017 email chain between Anthony D'Angelis and Michael Kurtis | Webster |

3
APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

| Exhibit | Description | Declaration Reference |
|---|---|---|
| 30. | Maiden March 26, 2013 site visit report | Webster |
| 31. | April 3, 2019 email from Allan Douglas to Anthony D'Angelis | Webster |
| 32. | Paperwork reflecting Moreno & Graham's application and approval to participate in the Limo Program | Sindel |
| 33. | Charts with claim information on all claims on which CIG seeks partial summary judgment. | Silva |
| 34. | Chart with claim information on trucking and livery claims paid by Maiden at least four years before the lawsuit was filed | Silva |
| 35. | Reinsurance loss memoranda on three trucking claims | Scherff |
| 36. | Excerpt of Apex International commercial policy declaration | Ighani |

Dated:   August 22, 2022          DYKEMA GOSSETT LLP


By: /s/ *Cory L. Webster*
    Cory L. Webster

Attorneys for Plaintiffs, *California Capital Insurance Company, Eagle West Insurance Company, Monterey Insurance Company,* and *Nevada Capital Insurance Company*